# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

129384 & (158)(159)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ASSOCIATED BUILDERS AND
CONTRACTORS, SAGINAW
VALLEY AREA CHAPTER,
　　　　　Plaintiff-Appellant,

v

SC: 129384
COA: 234037
Midland CC: 00-002512-CL

DIRECTOR, DEPARTMENT OF
CONSUMER & INDUSTRY SERVICES,
and MIDLAND COUNTY PROSECUTOR,
　　　　　Defendants-Appellees,

and

NATIONAL ELECTRICAL CONTRACTORS
ASSOCIATION, MICHIGAN CHAPTER,
MICHIGAN MECHANICAL CONTRACTORS
ASSOCIATION, MICHIGAN CHAPTER OF
SHEET METAL & AIR CONDITIONING
CONTRACTORS, and MICHIGAN STATE
BUILDING & CONSTRUCTION TRADES
COUNCIL,
　　　　　Defendants/Intervenors-
　　　　　Appellees,

and

SAGINAW COUNTY PROSECUTOR,
　　　　　Intervenor-Appellee.
_____/

　　　　　On order of the Court, the motions for consolidation of reply briefs, for an extension of the permitted brief length, and for an extension of the time for filing the reply, and the application for leave to appeal the July 19, 2005 judgment of the Court of Appeals are considered. The various motions are GRANTED. The application for leave to appeal is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
　　　　　　　　　　Clerk